UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-130-1BO
NO. 5:11-CR-130-2BO

UNITED STATES OF AMERICA,

v.   ORDER TO REASSIGN

SANTE TYQUAN BALLARD
RAYMOND JONES

For good cause shown, the Clerk of Court is DIRECTED to reassign the above-captioned case to Chief Judge Louise W. Flanagan.

SO ORDERED.

This the __1__ day of July, 2011

_____
TERRENCE W. BOYLE
United States District Court Judge